# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Nortel Networks Corporation, et al.,
195 The West Mall
Toronto M9C5K1,
CANADA

**EIN:** 98−0535482

**Chapter:** 15

**Case No.:**
09−10164−MFW

Ernst & Young Inc., As Monitor and Foreign Representative of the Canadian Nortel Group

## ORDER SETTING STATUS CONFERENCE

IT IS ORDERED that a Status Conference will be held on 9/20/23, at 03:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.

  Debtor's Counsel is required to attend the hearing.
  Trustee and/or Trustee's Counsel is required to attend the hearing.

Date: 8/9/23

Mary F. Walrath
Bankruptcy Judge

(VAN−460)